IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02803-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $1,007.53 IN PAYPAL HOLDINGS ACCOUNT NO. 182090043877056-5894;

2. $5,011.43 IN PAYPAL HOLDINGS ACCOUNT NO. 181695644798842-0412;

3. $3,346.73 IN PAYPAL HOLDINGS ACCOUNT NO. 212281929223401-1052;

4. $7,165.05 IN PAYPAL HOLDINGS ACCOUNT NO. 181453885124271-4126;

5. $9,458.40 IN BANK OF AMERICA ACCOUNT NO. 439006346164;

6. $44,915.32 IN WELLS FARGO BANK ACCOUNT NO. 6861059316;

7. $20,665.01 IN WELLS FARGO BANK ACCOUNT NO. 8153217446;

8. $6,575.19 IN WELLS FARGO BANK ACCOUNT NO. 1153429533;

9. $3,113.95 IN WELLS FARGO BANK ACCOUNT NO. 7153355677;

10. $7,350.96 IN WELLS FARGO BANK ACCOUNT NO. 1153445489;

11. $4,400.00 IN WELLS FARGO BANK ACCOUNT NO. 8198172077;

12. $8,100.31 IN WELLS FARGO BANK ACCOUNT NO. 6662619417;

13. $3,300.00 IN 1ST SOUTHWEST BANK ACCOUNT NO. 656104095;

14. $31,397.88 IN 1ST SOUTHWEST BANK ACCOUNT NO. 154996755;

15. $40,000.00 IN SCOTTRADE FINANCIAL SERVICES ACCOUNT NO. 86138932;

16. $25,767.55 IN FIRST NATIONAL BANK OF DURANGO ACCOUNT NO. 40120570;

17. $50,160.14 IN BANK OF AMERICA ACCOUNT NO. 439005816080;

18. $25,577.24 IN FIRST NATIONAL BANK OF DURANGO ACCOUNT NO. 50000115894;

19. $24,292.03 IN WELLS FARGO BANK ACCOUNT NO. 8153217404;

20. $17,370.43 IN WELLS FARGO BANK ACCOUNT NO. 1153429715;

21. $19,563.27 IN WELLS FARGO BANK ACCOUNT NO. 1153430424;

22. 50 COUNTY ROAD 2400, AZTEC, NEW MEXICO; and

23. 3155 COUNTY ROAD 309A, DURANGO, COLORADO,

Defendant(s).

## ORDER SETTING STATUS CONFERENCE

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Judge Wiley Y. Daniel on January 4, 2016 (Docket No. 9).

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> March 3, 2016, at 9:30 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Status Conference.

It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures.  See D.C.COLO.LCivR 83.2.  Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS DAY 6th DAY OF JANUARY, 2016.

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge