IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02803-WYD-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. $1,007.53 IN PAYPAL HOLDINGS ACCOUNT NO. 182090043877056-5894;
2. $5,011.43 IN PAYPAL HOLDINGS ACCOUNT NO. 181695644798842-0412;
3. $3,346.73 IN PAYPAL HOLDINGS ACCOUNT NO. 212281929223401-1052;
4. $7,165.05 IN PAYPAL HOLDINGS ACCOUNT NO. 181453885124271-4126;
5. $9,458.40 IN BANK OF AMERICA ACCOUNT NO. 439006346164;
6. $44,915.32 IN WELLS FARGO BANK ACCOUNT NO. 6861059316;
7. $20,665.01 IN WELLS FARGO BANK ACCOUNT NO. 8153217446;
8. $6,575.19 IN WELLS FARGO BANK ACCOUNT NO. 1153429533;
9. $3,113.95 IN WELLS FARGO BANK ACCOUNT NO. 7153355677;
10. $7,350.96 IN WELLS FARGO BANK ACCOUNT NO. 1153445489;
11. $4,400.00 IN WELLS FARGO BANK ACCOUNT NO. 8198172077;
12. $8,100.31 IN WELLS FARGO BANK ACCOUNT NO. 6662619417;
13. $3,300.00 IN 1ST SOUTHWEST BANK ACCOUNT NO. 656104095;
14. $31,397.88 IN 1ST SOUTHWEST BANK ACCOUNT NO. 154996755;
15. $40,000.00 IN SCOTTRADE FINANCIAL SERVICES ACCOUNT NO. 86138932;
16. $25,767.55 IN FIRST NATIONAL BANK OF DURANGO ACCOUNT NO. 40120570;
17. $50,160.14 IN BANK OF AMERICA ACCOUNT NO. 439005816080;
18. $25,577.24 IN FIRST NATIONAL BANK OF DURANGO ACCOUNT NO. 50000115894;
19. $24,292.03 IN WELLS FARGO BANK ACCOUNT NO. 8153217404;
20. $17,370.43 IN WELLS FARGO BANK ACCOUNT NO. 1153429715;
21. $19,563.27 IN WELLS FARGO BANK ACCOUNT NO. 1153430424;
22. 50 COUNTY ROAD 2400, AZTEC, NEW MEXICO; and
23. 3155 COUNTY ROAD 309A, DURANGO, COLORADO,

     Defendants.

---

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

---

Plaintiff has instituted the in rem action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over the defendant properties, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant properties are subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant properties, except for defendants 50 County Road 2400, Aztec, New Mexico and 3155 County Road 309A, Durango, Colorado, should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property In Rem for the defendant properties, except for defendants 50 County Road 2400, Aztec, New Mexico and 3155 County Road 309A, Durango, Colorado, shall issue as prayed for and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant properties, except for defendants 50 County Road 2400, Aztec, New Mexico and 3155 County Road 309A, Durango, Colorado, as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

THAT pursuant to Rule G(4)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the properties that were included in the notice must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions within thirty (30)

days of the last date of publication of notice, and shall serve and file their Answers to

the Verified Complaint within twenty-one (21) days after the filing of their Claims with the

Office of the Clerk, United States District Court for the District of Colorado, with a copy

sent to Assistant United States Attorney Laura B. Hurd, United States Attorney's Office,

1225 17th Street, Suite 700, Denver, Colorado  80202.

      Dated:  February 12, 2016.

                  BY THE COURT:


                  */s/ Wiley Y. Daniel*
                  WILEY Y. DANIEL,
                  SENIOR UNITED STATES DISTRICT JUDGE